UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** 7/28/14 | **Time:** 1:32- 2:49 | **Judge:** RICHARD SEEBORG |
|---|---|---|
| **Case No.**: 14-cv-01200-RS | **Case Name:** OneBeacon Insurance Company v. Plant Insulation Company | |

**Attorney for Plaintiff:** Judy Marotti/Michael Ahrens/Steven Sacks/Gary Fergus/Kathrine McLendon/Phillip O'Connell, Jr.
**Attorney for Defendant:** Clinton Cameron/Robert Millner/Ray Wong/Ronald Ishida/George Kalikman

**Deputy Clerk:** LISA R. CLARK                **Court Reporter:** Lydia Zinn

PROCEEDINGS

Bankruptcy Matter Hearing - Held

**Order to be prepared by:**
[ ]    Plaintiff            [ ]    Defendant            [x ]    Court

**Notes:**  Oral argument held regarding Court of Appeals Order of Remand.