IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONEBEACON INSURANCE COMPANY, *et al.*,<br><br>　　　　　Appellants,<br>　v.<br><br>PLANT INSULATION CO., *et al.*,<br><br>　　　　　Appellees.<br>_____/ | No. C 14-01200 RS<br><br>**ORDER AFFIRMING CONFIRMATION OF REVISED PLAN OF REORGANIZATION** |

Pursuant to the order, entered this same day, denying the pending appeal in the above-captioned matter, the Court finds and concludes that each of the criteria under the Bankruptcy Code for confirmation of the Plan and for issuance and entry of the injunctions set forth in the Confirmation Order have been satisfied. Accordingly, the Confirmation Order is hereby affirmed in full, including the injunctions contained therein, which injunctions are hereby issued and entered by this court.

IT IS SO ORDERED.

Dated: 8/18/14

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE