1   Michael H. Ahrens (CA Bar No. 44766)
    Steven B. Sacks (CA Bar No. 98875)
2   Michael M. Lauter (CA Bar No. 246048)
    SHEPPARD, MULLIN, RICHTER &
3   HAMPTON LLP
    Four Embarcadero Center, 17th Floor
4   San Francisco, California  94111
    mahrens@sheppardmullin.com
5   ssacks@sheppardmullin.com
    Telephone: (415) 434-9100
6   Facsimile:  (415) 434-3947

7   Counsel to Official Committee of Unsecured
    Creditors
8
    Gary S. Fergus (CA Bar No. 95318)
9   FERGUS, A LAW OFFICE
    595 Market Street, Suite 2430
10  San Francisco, California 94105
    gfergus@ferguslegal.com
11  Telephone: (415) 537-9030
    Facsimile:  (415) 537-9038
12
    Counsel to Futures Representative,
13  Hon. Charles Renfrew (Ret.)

George H. Kalikman (CA Bar No. 147382)
SCHNADER HARRISON SEGAL & LEWIS
LLP
650 California Street, Suite 1900
San Francisco, California  94108
gkalikman@schnader.com
Telephone: (415) 364-6700
Facsimile:  (415) 364-6785

Counsel to Bayside Construction & Insulation,
Inc.

Peter Van N. Lockwood (DC Bar No. 086447)
CAPLIN & DRYSDALE, CHARTERED
1 Thomas Circle NW
Washington, DC 20005
pvnl@capdale.com
Telephone: (202) 862-5000
Facsimile:  (202) 429-3301

Counsel to Official Committee of Unsecured
Creditors

14

15                      **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                       **SAN FRANCISCO DIVISION**

18

19  In re

20  PLANT INSULATION COMPANY, a
    California corporation,

21
                        Debtor.
22
    ONEBEACON INSURANCE CO., *et al.,*
23
                        Appellants,
24
    v.
25
    PLANT INSULATION CO*., et al.,*
26
                        Appellees.
27

Case No. 3:14-cv-01200-RS

Bk. Case No. 3:09-BK-31347 TEC

Chapter 11

**STIPULATION AND ORDER
TERMINATING EXTENSION OF TIME
FOR APPELLANTS TO APPEAL FROM
ORDER AFFIRMING CONFIRMATION
OF AMENDED AND RESTATED
SECOND AMENDED PLAN OF
REORGANIZATION OF PLANT
INSULATION COMPANY,
AS MODIFIED**

**(Local Rules 6-2, 7-12)**

28

SMRH:432801308.2

13HR-126686

1    WHEREAS this Court's order affirming the Bankruptcy Court's Confirmation

2  Order, was entered on August 18, 2014 (the "Affirmation Order");

3    WHEREAS the parties have settled their disputes pending the expiration of a

4  reconsideration period for any party to object to the settlements, which period expired on

5  September 19, 2014;

6    WHEREAS the parties stipulated, and the Court ordered, that Appellants would

7  have through and including October 17, 2014 to file an appeal from the Affirmation Order;

8    NOW THEREFORE, the Plan Proponents[1] and the appellant insurers

9  ("Appellants") hereby stipulate and agree as follows:

10    The extension for filing an appeal shall be terminated and Appellants will have no

11  further right to appeal from the Affirmation Order.

12    SO STIPULATED.

13  Dated:  September 22, 2014

14                                          CAPLIN & DRYSDALE, CHARTERED

15                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

16

17                  By _____/s/ Steven B. Sacks_____
                                                   STEVEN B. SACKS

18
                                            Attorneys for Official Committee of Unsecured
19                                          Creditors of Plant Insulation Company

20

21

22

23

24

25  _____

[1] The Plan Proponents are Bayside Insulation & Construction, Inc., a California
26  corporation, the Official Committee of Unsecured Creditors of Plant Insulation Company,
    and the Honorable Charles B. Renfrew (Ret.), appointed by the Bankruptcy Court under
27  Bankruptcy Code Section 524(g)(4)(B)(i) as the legal representative on behalf of persons
    holding potential asbestos injury demands against Plant.
28
                                              - 1 -                    STIPULATION TERMINATING
    SMRH:432801308.2                                                  EXTENSION OF TIME

                                                                        13HR-126686

1  Dated:  September 22, 2014

2                                                      FERGUS, A LAW OFFICE

3

4                                          By        */s/ Gary S. Fergus*
                                                      GARY S. FERGUS

5
                                           Attorney for the Hon. Charles B. Renfrew (Ret.),
6                                                      Futures Representative

7

8  Dated:  September 22, 2014

9                                                      SCHNADER HARRISON SEGAL & LEWIS LLP

10

11                                         By        */s/ George H. Kalikman*
                                                      GEORGE H. KALIKMAN

12
                                           Attorneys for Bayside Insulation & Construction, Inc.
13

14  DENTONS US LLP

15  By     /s/ Philip A. O'CConnell, Jr.

16         Phillip A. O'Connell, Jr.

17  Attorneys for OneBeacon Insurance Company

18  And for purposes of this stipulation only, on
    behalf of the following parties in interest and
19  their counsel: American Home Assurance
    Company, Granite State Insurance Company,
20  Insurance Company of the State of Pennsylvania,
    Transport Indemnity Company[2]
21
    SIMPSON THACHER & BARTLETT LLP
22
    By     /s/ Andrew T. Frankel
23
           Andrew T. Frankel
24
    Attorneys for United States Fidelity and Guaranty
25  Company

26  _____

27  [2] Steven Sacks hereby attests that he has on file the holographic signature corresponding to
    the Appellants' signatures indicated by a conformed signature (/S/) within this e-filed
28  document.
                                                      STIPULATION TERMINATING
                                              - 2 -          EXTENSION OF TIME
    SMRH:432801308.2
                                                      13HR-126686

1

## **ORDER**

2  Good cause appearing, based on the foregoing it is hereby ordered that the extension

3  previously granted for Appellants to file a notice of appeal from this Court's Order entered

4  August 18, 2014 is terminated and that Appellants will have no further right to appeal from
that Order.

5

6  Dated: September 23, 2014

7  _____
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:432801308.2

STIPULATION TERMINATING
EXTENSION OF TIME

13HR-126686